# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY OBORSKI,** : | |
| Plaintiff : | **CIVIL ACTION NO. 3:14-2237** |
| v. : | **(JUDGE MANNION)** |
| **CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** : : | |
| Defendant : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Carlson, **(Doc. 12)**, is **ADOPTED**;

**(2)** the plaintiff's objections to the report of Judge Carlson, **(Doc. 13)**, are **OVERRULED**;

**(3)** the defendant's motion to dismiss the plaintiff's complaint, **(Doc. 7)**, is **GRANTED**; and

**(4)** the Clerk of Court is **DIRECTED TO CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 12, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2237-01-ORDER.wpd